IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

POLYBLANK DESIGNS LIMITED,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:18-cv-2031

Judge John Z. Lee

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on August 16, 2018 [60], in favor of Plaintiff and against the Defendants Identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| No. | Defendant |
|---|---|
| 14 | Shai HuShen Aviation Co., LTD. |
| 15 | Shanghai HuShen Aviation Co., LTD. |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: April 23, 2019

Respectfully submitted,

*Yi Bu*

Yi Bu (Bar No. 6328713)
JiangIP LLC
233 South Wacker Drive, 84th Floor
Chicago, Illinois 60606
Telephone: 312-283-8091
Email: yanling@jiangip.com

**ATTORNEY FOR PLAINTIFF**

Subscribed and sworn before me by Yi Bu, on this 23 th day of April, 2019.

Given under by hand and notarial seal.

*Ollie P. Jones*

Notary Public

State of Illinois

County of Cook

OFFICIAL SEAL
OLLIE B. JONES
Notary Public - State of Illinois
My Commission Expires 4/07/2022

2