**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

**312-435-5670**

Polyblank Designs Limited
v.
The Partnerships and Unincorporated Associations as Identified on Schedule A

USDC Case Number: 1:18-cv-02031

Judge: Honorable John Z. Lee

## Notice of Removal of Material from the Custody of the Clerk's Office

The following item(s) are hereby removed from the custody of the Clerk's Office by the undersigned who is representing the Plaintiff, Polyblank Designs Limited

| | | |
|---|---|---|
| 05/10/2018 | 22 | SURETY BOND in the amount of $ 10,000.00 posted by Polyblank Designs Limited (Document not scanned) (cc, ) (Entered: 05/10/2018) |

I, Yanling Jiang, am authorized to remove the above-described documents from the court.

Signature: [signature]

Firm: Jiangip

By: N. Hagopian
/s/ Deputy Clerk

Date: Oct. 16. 2026